

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00052-CV

---

IN RE PHILIP JAMES EMERSON, JR.

---

Original Mandamus Proceeding

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

On June 15, 2025, the Relator filed a motion seeking dismissal of his mandamus petition. Without considering the merits of the petition, we grant Relator's motion to dismiss and hereby dismiss his petition seeking a writ of mandamus. *Cf.* TEX. R. APP. P. 42.1(a)(1) (detailing procedures for voluntary dismissal of direct appeals).[1]

Jeff Rambin
Justice

Date Submitted:     June 17, 2025
Date Decided:       June 18, 2025

---

[1]Having dismissed the petition, we deny as moot the Relator's pending motion.